■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JOHNSON, Appellant. [771 NYS2d 712]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 30, 2002 (*People v Johnson,* 300 AD2d 677 [2002]), affirming a judgment of the Supreme Court, Suffolk County, rendered May 11, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Santucci, J.P., Altman, Luciano and Schmidt, JJ., concur.